```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
    ─────────────────────────────────

    MARCIA COPELAND, M.D.,
                                            1:18-cv-10554-NLH-JS
            Plaintiff,
                                            **MEMORANDUM**
    v.                                      **OPINION & ORDER**

    STATE OF NEW JERSEY, JUDGE
    NAN FAMULAR, ROBERT SALDUTTI,
    ESQ., DEUTCHE BANK,

            Defendants.

    ─────────────────────────────────
```

**APPEARANCES:**

MARCIA COPELAND, M.D.
2 APPLE RIDGE WAY
EAST BRUNSWICK, NJ 08816

> *Plaintiff appearing pro se*

BRETT JOSEPH HAROLDSON
OFFICE OF THE ATTORNEY GENERAL OF NJ
25 MARKET ST, 7TH FL, WEST WING
PO BOX 116
TRENTON, NJ 08625

> *On behalf of Defendants the State of New Jersey and Judge Nan Famular*

REBECCA K. MCDOWELL
SALDUTTI LAW GROUP
800 N KINGS HIGHWAY
SUITE 300
CHERRY HILL, NJ 08034

> *On behalf of Defendant Robert Saldutti, Esquire*

**HILLMAN, District Judge**

WHEREAS, on February 8, 2019, the Court dismissed Plaintiff's complaint with prejudice and ordered Plaintiff to

show cause as to why this Court should not enter a preclusion order and enjoin Plaintiff from filing any claims in this District regarding the subject matter of this case without prior permission of the Court (Docket No. 10, 11); and

WHEREAS, the Court provided Plaintiff with 15 days to respond to the Order to Show Cause (Docket No. 11); and

WHEREAS, to date, Plaintiff has not filed a response; and

WHEREAS, the Court noted in its prior Opinion that this is the sixth essentially duplicate federal court action filed by Plaintiff concerning a state court default judgment entered against her in February 2012, and Plaintiff has also instituted three additional complaints in this District of a similar genre[1]; and

WHEREAS, the Court further notes that the Court issued the same litigation preclusion Order to Show Cause in COPELAND v. STATE OF NEW JERSEY, 1:17-cv-12104-NLH-JS ("Copeland V") (Docket No. 95, at 15), to which Plaintiff also failed to respond; and

---

[1] Plaintiff's previous actions concerning the same default judgment are: COPELAND v. ABO & COMPANY, LLC, 1:13-cv-03978-RMB-KMW ("Copeland I"); 1:13-cv-03979-RMB-KMW ("Copeland II"); 1:13-cv-04232-RMB-AMD ("Copeland III"); COPELAND v. UNITED STATES DEPARTMENT OF JUSTICE, 3:15-cv-07431-AET-TJB ("Copeland IV"); COPELAND v. STATE OF NEW JERSEY, 1:17-cv-12104-NLH-JS ("Copeland V"). Plaintiff has filed other actions arising out of different properties, although Plaintiff's claims appear to be of a similar genre. See COPELAND v. TOWNSHIP OF PENNSAUKEN, 1:14-cv-02002-RMB-AMD; COPELAND v. NEWFIELD BANK, 1:17-cv-00017-NLH-KMW; COPELAND v. US BANK, 1:18-cv-00019-NLH-KMW.

WHEREAS, Plaintiff's related cases, Copeland V and Copeland V. US Bank, 1:18-cv-00019-NLH-KMW, are currently on appeal before the Third Circuit Court of Appeals[2]; and

WHEREAS, the Court therefore finds that because the substance of Plaintiff's claims in the actions on appeal overlap with this case, including the Court's intention to issue a litigation preclusion order, the Court shall administratively terminate this action pending the resolution of Plaintiff's appeals, at which time the Court will reactivate the matter and issue a final decision on the outstanding Order to Show Cause.[3]

SO ORDERED.

Date: June 4, 2019      s/ Noel L. Hillman
At Camden, New Jersey     NOEL L. HILLMAN, U.S.D.J.

---

[2] Plaintiff has not filed an appeal of this action.

[3] When the Court dismissed Plaintiff's instant complaint with prejudice, the Court did not direct the Clerk to close the action because of the pending Order to Show Cause.